JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CURRENT MOOD GROUP, L.P. d/b/a HYLA, a California limited partnership; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.:  2:23-cv-00223-AB-JC<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:  January 12, 2023 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    This Court dismissed this action pursuant to the parties' April 20, 2023 Notice of Settlement.  (*See* Dkt. Nos. 21, 22.)  Pursuant to the parties' subsequent Stipulation (Dkt. No. 23) and good cause appearing, the Court now clarifies that the Dismissal is **WITH PREJUDICE** as to Plaintiff's claims.  Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense.

    **IT IS SO ORDERED.**

DATED:  May 04, 2023      By: _____
                                                    Hon. André Birotte Jr.
                                                    United States District Judge